**\*\*E-filed 12/29/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALI AL-ZAGHARI,<br><br>        Plaintiff,<br>  v.<br><br>PROBATE COUT OF THE STATE OF CALIFORNIA, *and* DEPUTY MARCELLE MOON,<br><br>        Defendants.<br>_____/ | No. C 11-80285 RS<br><br>**ORDER DENYING LEAVE TO FILE COMPLAINT** |

By order of August 15, 2001, in *Ali Al-Zaghari, et al. v. Reja Al-Zaghari, et al.*, No. C 01-2870, this Court designated plaintiff a vexatious litigant. Plaintiff is thus required to obtain leave of court before filing any new complaint. The order states that plaintiff may not file any complaint, petition, or other papers related to the mistreatment of herself, her daughter, or her mother by state officials. Despite this order, plaintiff has since filed or attempted to file over 40 related actions in this Court. Plaintiff now seeks to file a writ of habeas corpus based on similar allegations of mistreatment of herself and her family members.

It is difficult to discern plaintiff's legal claims from a review of the writ. Furthermore, it is uncertain whether plaintiff is in fact in custody for purposes of asserting a habeas claim. Based on the Court's pre-filing review, plaintiff will not be permitted to file the writ.

IT IS SO ORDERED.

Dated: 12/29/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE